UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-1106-MWF(JEMx)**                                    Dated: **June 17, 2015**

Title:    Daniel Jimenez, et al. -v- Adir International, LLC

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                      None Present
    Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):    COURT ORDER

    In light of the Notice of Settlement filed June 16, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 20, 2015, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk    cw
CIVIL - GEN