JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL & LUZ JIMENEZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ADIR INTERNATIONAL, LLC dba<br>LA CURACAO; and DOES 1-10,<br>inclusive,<br><br>                    Defendant(s). | Case No.: 2:15-cv-01106-MWF-JEM<br><br><br>**ORDER GRANTING<br>STIPULATION TO DISMISS<br>ENTIRE MATTER WITH<br>PREJUDICE** |

Upon stipulation of the parties, it is hereby ORDERED that the instant matter is hereby dismissed, in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

**IT IS SO ORDERED.**

Date: July 1, 2015          By:_____

                              Hon. United States District Court Judge

- 1 -

ORDER